STATE OF NEW JERSEY v. LAMAR TAYLOR.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR WILLIAMS.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BENNETT.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD EDMOND.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFONSO BARNES.

June 17, 1986.

Petition for certification denied.